IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. G-04-17-S (02) |
| | § | |
| CHRISTOPHER JEROME CALDWELL | § | |

## OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge which recommends that the "Motion to Quash Indictment" of Defendant, Christopher Jerome Caldwell, be denied in its entirety; Caldwell has filed timely objections.

The Court, upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), finds that the Report and Recommendation is a well reasoned and correct application of appropriate law to Caldwell's motion and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein. Caldwell's objections are without merit and they are **REJECTED**.

Accordingly, it is the **ORDER** of this Court that the "Motion to Quash Indictment" (Instrument no. 36) of Defendant, Christopher Jerome Caldwell, is **DENIED in its entirety**.

**DONE** at Galveston, Texas, this 21st day of July, 2005.

_____
Samuel B. Kent
United States District Judge